# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2011

142160

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ALLSTATE INSURANCE COMPANY,
      Plaintiff-Appellee,

v

TIMOTHY BROE, ELEANOR BROE, and
BROE REHABILITATION SERVICES INC.,
      Defendants-Appellants.

SC: 142160
COA: 290133
Oakland CC: 2004-063179-CK

_____/

      On order of the Court, the application for leave to appeal the July 22, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2011

p0421

Clerk